IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                    Civil No. WMN-04-2256

TAJUANA L. BOWMAN

### MEMORANDUM

Defendant received scholarship awards in connection with her studies in Howard University's physician assistant program. In exchange for the awards, Defendant agreed to serve two years in the National Health Service Corp [NHSC] as a physician assistant Defendant experienced difficulty in passing the certification examination, which is required for practice in her chosen field In February 2001, she was placed in default of her NHSC service for failing to provide documentation that she was retaking the examination each time it was offered in her state, as is required under the terms of the agreement she signed when she accepted the scholarship award. Defendant's agreement with NHSC also provides that if she fails to begin or complete her period of obligated service "the United States shall be entitled to recover an amount equal to three times the scholarship funds awarded, plus interest, as determined by a [certain] formula." Agreement, Section C.2

After Defendant failed to respond to several notices of default and proposals to work out a repayment plan, the United



States filed suit seeking judgment against Defendant in the amount of three times the principal, plus continuing accruing interest. Defendant filed an answer in which she indicates that she agreed with allegations in the complaint. She adds, however, that her current financial condition makes it impossible for her to comply with the proposed repayment plan

On February 18, 2005, the United States filed a motion for summary judgment contending that there was no dispute as to any material fact and that it was entitled to judgment as a matter of

Defendant did not respond to the motion.

Having reviewed the record, the Court concurs that the United States is entitled to summary judgment. The record shows

Defendant is in default on her obligations, and Defendant has presented no valid defense. Accordingly, judgment will be entered in favor of the United States. A separate order consistent with this memorandum will issue

                                  William M. Nickerson
                                  Senior United States District Judge

Dated: May 10, 2005